# Order

Michigan Supreme Court
Lansing, Michigan

March 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155225(83)

FRANK BACON, GLORIA WRIGHT,
PATRICK M. MACY, CHARLES SILVER,
TERRY BAKER, KATHLEEN J.
WHEELIHAN, and VICTOR A. AMATO,
          Plaintiffs-Appellants,

v

COUNTY OF ST. CLAIR, ST. CLAIR COUNTY
ROAD COMMISSION, ST. CLAIR COUNTY
COMMUNITY MENTAL HEALTH
AUTHORITY, THE 31ST JUDICIAL CIRCUIT
COURT, THE 72ND JUDICIAL DISTRICT COURT,
and ST. CLAIR COUNTY PROSECUTING
ATTORNEY,
          Defendants-Appellees.

SC: 155225
COA: 328337
St. Clair CC: 13-000560-CZ
Genesee CC: 13-101210-CZ

_____/

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before April 4, 2017.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk